■ In the Matter of JAMES ZANFORDINO et al., Appellants, v DANIEL W. JOY, as Commissioner of Department of Rent and Housing Maintenance, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination evicting petitioners from their apartment, the appeal is from a judgment of the Supreme Court, Queens County, entered February 21, 1979, which dismissed the petition. Judgment affirmed, without costs and disbursements. There is substantial evidence in the record to sustain the determination to evict petitioners. Hopkins, J. P., Damiani, Cohalan and Gibbons, JJ., concur.